In the Matter of PALMER, BARBER, MATTERS & MERRITT, Respondent, against ROBERT J. STEWART, Appellant, and HENRY N. AHRENS et al., Respondents.

Argued March 1, 1937; decided March 16, 1937.

*Horace M. Gray* for appellant.

*Walter H. Merritt* for petitioners, respondents.

Appeal dismissed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.